IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01428-REB-MJW

JOSE MARTINEZ,

Plaintiff(s),

v.

FORDYCE AUTO CENTER, INC., and
GORDON FORDYCE,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's Motion to File Second Amended Complaint (Docket No. 32) is denied without prejudice for failure to comply with D.C.COLO.LCivR 7.1(a) and 15.1.

Date: August 4, 2014