**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01428-REB-MJW

JOSE MARTINEZ,

    Plaintiff,
v.

FORDYCE AUTO CENTER, INC., and
GORDON FORDYCE

    Defendants.

**ORDER OF DISMISSAL AS TO PLAINTIFF'S
FOURTH CLAIM FOR RELIEF FOR HARASSMENT, ONLY**

**Blackburn, J.**

The matter is before the court on **Plaintiff's Motion To Voluntarily Dismiss The Fourth Claim For Relief For Harassment** [#38][1] filed September 8, 2014. After reviewing the motion and the record, the I conclude that the motion should be granted and that plaintiff's Fourth Claim for Relief for harassment should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Motion To Voluntarily Dismiss The Fourth Claim For Relief For Harassment** [#38] filed September 8, 2014, is **GRANTED**;

2. That plaintiff's Fourth Claim for Relief for harassment is **DISMISSED**; and

3. That the **Recommendation on Defendant Gordon Fordyce's Motion To Dismiss The Plaintiff's Claim of Harassment in Amended Complaint Pursuant to**

---

[1] "[#38]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**F.R.C.P.** [*sic*] **12(b)(6) (Docket No. 20)** [#36] entered August 26, 2014, is **TERMINATED** as moot.

  Dated September 10, 2014, at Denver, Colorado.

                 **BY THE COURT:**

                 /s/ Robert E. Blackburn
                 Robert E. Blackburn
                 United States District Judge