**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01428-REB-MJW

JOSE MARTINEZ,

       Plaintiff,

v.

FORDYCE AUTO CENTER, INC., and
GORDON FORDYCE,

       Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation for Dismissal** [#44][1] filed May 14, 2015. After careful review of the stipulation and the file, I conclude that the stipulated motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal**, is granted;

2. That all pending pretrial deadlines are vacated;

3. That the combined Final Pretrial Conference/Trial Preparation Conference set July 24, 2015, is vacated;

4. That the jury trial set to commence August 10, 2015, is vacated; and

5. That this action is dismissed with prejudice with the parties to pay their own

---

[1] "[#44]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

attorney fees and costs.

      Dated May 15, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge